UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                          Case No. 01-80550

                          Hon. John Corbett O'Meara

RYAN JAMES MASSENGILL,

    Defendant.

_____/

## ORDER DENYING
## DEFENDANT'S PENDING MOTIONS

Before the court are several motions filed by Defendant: (1) motion for expedited release from supervision (Docket No. 64); (2) motion to compel judgment (No. 65); (3) motion to involuntarily recuse federal judge (No. 67); (4) petition to expunge illegal civil commitments (No. 71); (5) motion to vacate illegal verdict (No. 73); and (6) second petition to expunge illegal civil commitments (No. 82).

Defendant was found not guilty by reason of insanity of the offense of armed bank robbery on September 17, 2001. Defendant was committed to the custody of the Bureau of Prisons for in-patient treatment, medication, and periodic review. At a review hearing, the Bureau recommended that Defendant be placed with a

relative and receive supervision and treatment.  The court and the parties agreed and Defendant was released to supervision on March 28, 2003.  After Defendant violated conditions of his supervised release, he was returned to the custody of the Bureau of Prisons on October 4, 2005.  Defendant was released to conditional supervision again on January 19, 2007, pursuant to 18 U.S.C. § 4243(f).

It appears that Defendant's primary goal since his conditional release has been to free himself of court supervision.  The government and the probation office do not agree that a release from supervision would be in the interest of Defendant or the public.  Defendant's court filings contain fantastic accusations against his counsel, the court, the U.S. Attorney's office, and others.  Based upon the court's review of the record, it is clear that supervision remains appropriate to ensure that Defendant continues to obtain treatment and to protect the public.

The court further finds no legal or factual basis to Defendant's claims of ineffective assistance of counsel or court bias.

Accordingly, IT IS HEREBY ORDERED that Defendant's pending motions are DENIED.

                                s/John Corbett O'Meara
                                United States District Judge

Date:  June 17, 2015

      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 17, 2015, using the ECF system and/or ordinary mail.

                                              s/William Barkholz
                                              Case Manager